**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| KAROLEE GREGERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:22-cv-375-HAB-SLC |
| | ) | |
| STONEMOR, INC. d/b/a COVINGTON MEMORIAL GARDENS & FUNERAL HOME | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

The Parties, by counsel, stipulate to the dismissal of this action, with prejudice, and with each Party bearing its own costs, as this matter has been resolved by the Parties.

Dated: October 19, 2023.


*/s/ Taylor Ferguson*
Taylor Ferguson
Plaintiff's counsel
Biesecker Dutkanych & Macer, LLC
144 N. Delaware St.
Indianapolis, IN 46204

/s/ *Sean M. Towner*
Sean M. Towner (29082-71)
Defendant's counsel
May Oberfell Lorber
4100 Edison Lakes Pkwy. Suite 100
Mishawaka, IN 46545


**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record. Moreover, I also certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

/s/ *Sean M. Towner*